

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| RST (2005) INC., | |
|---|---|
| **Plaintiff** | Case No. |
| -v- | |
| RESEARCH IN MOTION LIMITED, | **Rule 7.1 Statement**  MAY 11 2007 |
| **Defendant** | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ___RST (2005) INC.___ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: January 3, 2007

**Signature of Attorney**
Ronald D. Lefton
**Attorney Bar Code: RL2666**

Form Rule7_1.pdf