

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

---

RST (2005) INC., a Delaware Corporation,

                    Plaintiff,

v.

RESEARCH IN MOTION LIMITED, a Canadian Corporation,

                    Defendant.

Civil Action No.: 07 CV 3737 (VM)

NOTICE OF MOTION AND MOTION FOR ADMISSION *PRO HAC VICE*

---

PLEASE TAKE NOTICE that upon the annexed May 23, 2007, Declaration of David J. Stone and the exhibit attached thereto in support of the motion, and pursuant to Local Rule 1.3(c), David J. Stone, a member in good standing of the bar of this Court, hereby moves this Court, before the Honorable Victor Marrero, U.S.D.J., United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, for the pro hac vice admission of Vincent H. Chieffo to the bar of this Court for the purposes of representing Plaintiff in this action. Vincent H. Chieffo is a member of the bar of the State of California and there are no pending disciplinary proceedings against Mr. Chieffo in any federal or state court.

Respectfully submitted,

RST (2005) INC.

Dated: May 24, 2007

By: _____
Ronald D. Lefton (RL-2666)
David J. Stone (DS-0232)
GREENBERG TRAURIG LLP
200 Park Avenue
New York, New York 10166
Ph: (212) 801-9200
Fax: (212) 801-6400

*Attorneys for Plaintiff RST (2005) Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RST (2005) INC., a Delaware Corporation,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a Canadian Corporation,<br><br>　　　　　　　　　　　　　Defendant. | Civil Action No.: 07 CV 3737 (VM) |

### DECLARATION OF DAVID J. STONE

DAVID J. STONE declares and says:

1.　　I am an associate with Greenberg Traurig, LLP, attorneys for Plaintiff RST (2005) Inc., ("RST") in the above-captioned action. I am familiar with the proceedings in this case. I make this declaration upon my personal knowledge in support of Plaintiff's motion to admit Vincent H. Chieffo, a shareholder of Greenberg Traurig LLP, as counsel pro hac vice, to represent RST in this action.

2.　　I am a member in good standing of the Bar of the State of New York and the State Bar of California. I was admitted to practice law in March 1995 in the Supreme Court of the State of New York, First Department. I was admitted to the Bar of the United States District Court for the Southern District of New York on June 18, 1996, and I am in good standing in this Court.

3.　　I know of my own knowledge that Mr. Chieffo is a capable attorney of high integrity.

4. Accordingly, I am pleased to move the admission of Mr. Chieffo pro hac vice.

5. Attached hereto as Exhibit A is a Certificate of Good Standing for Vincent H. Chieffo issued by the State Bar of California within the past 30 days.

6. I respectfully submit a proposed order granting the admission of Vincent H. Chieffo, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Vincent H. Chieffo, pro hac vice, to represent RST in the above-captioned action, be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
May 23, 2007

David J. Stone
(DS-0232)

2

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

May 18, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, VINCENT HENRY CHIEFFO, #49069 was admitted to the practice of law in this state by the Supreme Court of California on February 8, 1971; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RST (2005) INC., a Delaware Corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>RESEARCH IN MOTION LIMITED, a<br>Canadian Corporation,<br><br>　　　　　　　　　　　Defendant. | Civil Action No.: 07 CV 3737 (VM)<br><br>**[PROPOSED] ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

　　　　Upon the motion of David J. Stone, attorney for Plaintiff RST (2005) Inc. and said sponsor's declaration in support,

　　　　**IT IS HEREBY ORDERED** that

　　　　Vincent H. Chieffo, Esq.
　　　　Greenberg Traurig, LLP
　　　　2450 Colorado Avenue
　　　　Suite 400 East
　　　　Santa Monica, California, 90404
　　　　(310) 586-7700 (ph)
　　　　(313) 586-7800 (f)
　　　　chieffov@gtlaw.com,

is admitted to practice pro hac vice for Plaintiff RST (2005) Inc. in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of the Court.

-2-

Counsel must serve a copy of this Order on all other parties in this case.

Dated: May __, 2007

>							_____
>							UNITED STATES DISTRICT JUDGE

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                    ) ss.:
COUNTY OF NEW YORK  )          Case No. 07 CV 3737 (VM)

DAVID J. STONE, being duly sworn, deposes and says:

1. I am not a party to this action, I am over 18 years of age and reside in New York, New York.

2. On May 24, 2007, I served the within Notice of Motion and Motion for Admission Pro Hac Vice of Vincent H. Chieffo, and Declaration of David J. Stone, which attached a Certificate of Good Standing for Mr. Chieffo and a [Proposed] Order for Admission Pro Hac Vice, by depositing a true copy thereof enclosed in a post-paid wrapper, via International Registered Mail, Return Receipt requested, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to:

**Research In Motion Limited
185 Columbia Street West
Waterloo, Ontario N2L 5Z5
Canada
Attention: Karima Bawa, Legal Department**

_____
DAVID J. STONE

Sworn to before me on this
24th day of May, 2007.

_____
Notary Public

CHRISTY SCHAEFFER
Notary Public, State of New York
No. 31-4769958
Qualified in New York County
Commission Expires August 31, 2010