UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RST (2005) INC., a Delaware Corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a<br>Canadian Corporation,<br><br>                             Defendant. | Civil Action No.: 07 CV 3737 (VM)<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

       Upon the motion of David J. Stone, attorney for Plaintiff RST (2005) Inc. and said sponsor's declaration in support,

       **IT IS HEREBY ORDERED** that

Vincent H. Chieffo, Esq.
Greenberg Traurig, LLP
2450 Colorado Avenue
Suite 400 East
Santa Monica, California, 90404
(310) 586-7700 (ph)
(313) 586-7800 (f)
chieffov@gtlaw.com,

is admitted to practice pro hac vice for Plaintiff RST (2005) Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Counsel must serve a copy of this Order on all other parties in this case.

Dated: ~~May~~ June __, 2007

UNITED STATES DISTRICT JUDGE
Victor Marrero

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-4-07
```