07 CV 3737

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

BETWEEN:

RST (2005) INC., a Delaware Corporation

Plaintiff[s]

-And-

Research In Motion Limited
A Canadian Corporation

Defendant[s]

### AFFIDAVIT OF SERVICE

I, ROBERT BROOKS of the City of Kitchener, in the Regional Municipality of Waterloo, in the Province of Ontario, make oath or affirm and say:

On TUESDAY, the 22nd day May, 2007, at approximately 3:30 o'clock in the afternoon, I did serve a copy of the COMPLAINT FOR BREACH of CONTRACT; DEMAND For JURY TRIAL on the Defendant, RESEARCH IN MOTION a Canadian Corporation by personally handing it to DOUG ROSE a Commercial Counsel at 176 Columbia Street W., in the City of WATERLOO in the Province of Ontario.

I was able to identify DOUG ROSE as he identified himself to me when asked, and gave me his title.

Sworn (or affirmed) before me at the City of
Kitchener, Regional Municipality of Waterloo,
this 24th day of, MAY, 2007.

_____          _____
A commissioner etc.                              Robert Brooks