UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

RST (2005) INC., a Delaware Corporation,    :    Case No. 07 CV 3737 (VM)

          Plaintiff,    :

v.    :

                         :    **NOTICE OF APPEARANCE**

RESEARCH IN MOTION LIMITED, a    :
Canadian Corporation,    :
Defendant.    :

                         :

-------------------------------------------------------------x

        PLEASE TAKE NOTICE that I hereby enter my appearance as additional counsel

in this case for plaintiff RST (2005) Inc. in the above-entitled action.

        I certify that I am admitted *pro hac vice* by Order dated June 4, 2007, to practice

in this Court.

Dated: New York, New York        GREENBERG TRAURIG, LLP
       June 12, 2007

                              By:    /s/ Vincent H. Chieffo
                                    Vincent H. Chieffo

                              2450 Colorado Avenue
                              Suite 400 East
                              Santa Monica, California, 90404
                              Tel: (310) 586-7700
                              Fax: (310) 586-7800

                              *Attorneys for Plaintiff*
                              *RST (2005) Inc.*

TO:    Scott D. Mustoff, Esq.
        Skadden Arps Slate Meagher & Flom LLP
        Four Times Square
        New York, NY 10036

        *Attorneys for Defendant*

*LA 126828105v1*

STATE OF NEW YORK    )
                            )ss.:
COUNTY OF NEW YORK  )

MICHELE L. STEMPEL, being duly sworn, deposes and says:

1.     I am over the age of 18 years and reside in Teaneck, New Jersey. I am not a party to this action.

2.     On June 12, 2007, I served a true copy of the annexed Notice of Appearance in the above referenced action by first class mail, with postage prepaid thereon, addressed to the last known office address(es) listed below:

> Scott D. Mustoff, Esq.
> Skadden Arps Slate Meagher & Flom LLP
> Four Times Square
> New York, NY 10036

Michele L. Stempel

Sworn to before me on this
12th day of June, 2007.

Notary Public

JOHN F. TRIGGS
Notary Public, State of New York
No. 31-9379700
Qualified in New York County
Commission Expires April 21, 20 05