UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

RST (2005) INC., a Delaware Corporation,  : Case No. 07 CV 3737 (VM)

Plaintiff,

v.

RESEARCH IN MOTION LIMITED, a  : **AFFIDAVIT OF SERVICE**
Canadian Corporation,
Defendant.

-----------------------------------------------------------x

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK  )

MICHELE L. STEMPEL, being duly sworn, deposes and says:

1. I am over the age of 18 years and reside in Teaneck, New Jersey. I am not a party to this action.

2. On June 12, 2007, I served a true copy of the annexed Order for Admission Pro Hac Vice in the above referenced action by first class mail, with postage prepaid thereon, addressed to the last known office address(es) listed below:

        Scott D. Mustoff, Esq.
        Skadden Arps Slate Meagher & Flom LLP
        Four Times Square
        New York, NY 10036

                              Michele L. Stempel

Sworn to before me on this
12th day of June 2007.

_____
Notary Public
   JOHN F. TRIGGS
Notary Public, State of New York
   No. 01-9379700
  Qualified in New York County
Commission Expires April 21, 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RST (2005) INC., a Delaware Corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, a<br>Canadian Corporation,<br><br>                    Defendant. | Civil Action No.: 07 CV 3737 (VM)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

Upon the motion of David J. Stone, attorney for Plaintiff RST (2005) Inc. and said sponsor's declaration in support,

**IT IS HEREBY ORDERED** that

Vincent H. Chieffo, Esq.
Greenberg Traurig, LLP
2450 Colorado Avenue
Suite 400 East
Santa Monica, California, 90404
(310) 586-7700 (ph)
(313) 586-7800 (f)
chieffov@gtlaw.com,

is admitted to practice pro hac vice for Plaintiff RST (2005) Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Counsel must serve a copy of this Order on all other parties in this case.

Dated: May __, 2007

UNITED STATES DISTRICT JUDGE
Victor Marrero

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-4-07