UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
RST (2005) INC.,                     :      07 Civ. 3737 (VM)
                                     :
          Plaintiff,                 :      STIPULATION AND ORDER
    v.                               :
                                     :
RESEARCH IN MOTION LIMITED,          :
                                     :
          Defendant.                 :
------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys for the parties that defendant Research In Motion Limited ("RIM") was properly served with the Summons and Complaint in this action and waives any affirmative defense based on service of process, and that the time in which RIM must answer, move or otherwise respond to the Complaint is extended up to and including July 11, 2007. No prior extension of time has been requested.

Dated: New York, New York
       June 18, 2007

_____          _____
Ronald D. Lefton (RL-2666)                Scott D. Musoff (SM-2965)
David J. Stone (DS-0232)                  Gary J. Hacker (GH-7883)
GREENBERG TRAURIG, LLP                    SKADDEN, ARPS, SLATE,
MetLife Building                          MEAGHER & FLOM LLP
200 Park Avenue                           Four Times Square
New York, New York 10166                  New York, New York 10036
(212) 801-9200                            (212) 735-3000

Attorneys for Plaintiff                   Attorneys for Defendant
RST (2005) Inc.                           Research In Motion Limited

SO ORDERED: 19 June 2007
_____
U.S.D.J.    Victor Marrero

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-19-07