UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | | |
|---|---|---|
| RST (2005) INC., | : | 07 Civ. 3737 (VM) |
| | : | |
| Plaintiff, | : | <u>ELECTRONICALLY FILED</u> |
| v. | : | |
| | : | |
| RESEARCH IN MOTION LIMITED, | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Research In Motion Limited ("RIM"), by its counsel, hereby files the following Corporate Disclosure Statement:

RIM has no parent and no publicly held corporation owns ten percent of its stock.

Dated: July 13, 2007
New York, New York

<pre>
                                        /s/ Scott D. Musoff
                                        Scott D. Musoff (SM-2965)
                                        Gary J. Hacker (GH-7883)
                                        SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP
                                        Four Times Square
                                        New York, New York  10036
                                        (212) 735-3000

                                        Attorneys for Defendant
                                        Research In Motion Limited
</pre>