*MARRERO, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RST (2005) INC., a Delaware Corporation,   :   Case No. 07 Civ. 3737 (VM)
                                           :
                   Plaintiff,              :
                                           :
            v.                             :   **STIPULATED BRIEFING**
                                           :   **SCHEDULE**
RESEARCH IN MOTION LIMITED, a              :
Canadian Corporation,                      :
                                           :
                   Defendant.              :
                                           :
------------------------------------------------------------x

Plaintiff RST (2005) Inc. and Defendant Research in Motion Limited, by their attorneys, hereby stipulate as follows:

1. Motions for Summary Judgment, if any, shall be served and filed on or before June 27, 2008.

2. Opposition memoranda shall be served and filed on or before July 28, 2008; and

3. Reply memoranda shall be served and filed on or before August 27, 2008.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-24-08
```

1

GREENBERG TRAURIG, LLP

By: _____
Ronald D. Lefton, Esq.
David J. Stone, Esq.
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

and

Vincent H. Chieffo, Esq.
GREENBERG TRAURIG, LLP
2450 Colorado Avenue
Suite 400 East
Santa Monica, CA 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Admitted *Pro Hac Vice*

*Attorneys for Plaintiff RST (2005) Inc.*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Scott D. Musoff, Esq.
Gary J. Hacker, Esq.
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Defendant Research In Motion Limited*

SO ORDERED:

Dated: 23 June 2008
       New York, New York

_____
United States District Judge
Victor Marrero

2