MARKEN, S.

```
                                    ┌─────────────────────────────┐
                                    │ USDS SDNY                   │
                                    │ DOCUMENT                    │
                                    │ ELECTRONICALLY FILED        │
                                    │ DOC #: _____        │
                                    │ DATE FILED: 7-21-08         │
                                    └─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

RST (2005) INC., a Delaware Corporation,  : Case No. 07 Civ. 3737 (VM)

     Plaintiff,  :

    v.  : **AMENDED STIPULATED**
        : **BRIEFING SCHEDULE**
RESEARCH IN MOTION LIMITED, a :
Canadian Corporation,  :

    Defendant. :

------------------------------------------------------x

  Plaintiff RST (2005) Inc. and Defendant Research in Motion Limited, by their attorneys, hereby stipulate as follows:

  WHEREAS, on June 23, 2008, the Court entered a Stipulated Briefing Schedule with respect to the parties' motions for summary judgment;

  WHEREAS, the parties each served filed motions for summary judgment on June 27, 2008, pursuant to such briefing schedule; and

  WHEREAS, the parties stipulate and agree to extend the dates for serving and filing their respective opposition memoranda and reply memoranda to such motions for summary judgment by ten days for the opposition memoranda and one week for the reply memoranda;

  THEREFORE, the Stipulated Briefing Schedule is amended as follows

  1. Opposition memoranda to the parties' motions for summary judgment shall be served and filed on or before August 7, 2008; and

  2. Reply memoranda shall be served and filed on or before September 4, 2008.

1

GREENBERG TRAURIG, LLP

By: _____
Ronald D. Lefton, Esq.
David J. Stone, Esq.
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone:  (212) 801-9200
Facsimile: (212) 801-6400

and

Vincent H. Chieffo, Esq.
GREENBERG TRAURIG, LLP
2450 Colorado Avenue
Suite 400 East
Santa Monica, CA 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Admitted *Pro Hac Vice*

*Attorneys for Plaintiff RST (2005) Inc.*


SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By: _____
Scott D. Musoff, Esq.
Gary J. Hacker, Esq.
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Defendant Research In Motion
Limited*


SO ORDERED:

Dated: _____
New York, New York

_____
United States District Judge

2